# State Of Michigan
## ~0TH DISTRICT COURT
## 301 STATE STREET
## CHARLEVOIX, MI 49720

Defendant: DAVID JOHN SLOUGH
Address:    15340 PADDLOCK RD
            CHARLEVOIX, MI 49720

Case Number: 25-491-FY-1
Offense Date: 08/25/2025
CTN: 152500073701
DOB: 01/13/1982

Attorney:

Charge  1: POLICE OFF RESIST/OBSTRUCT
        2: POLICE OFF RESIST/OBSTRUCT
        3: POLICE OFF RESIST/OBSTRUCT
        4: OPR-LIC SUSP/REV/DENIED
        5: MOTOR VEHICLE OPR W/O SECURITY

Arresting Agency: CHARLEVOIX CITY POLICE

---

## ARRAIGNMENT

☐ Magistrate     ☐ Waived

**Plea**
☐ Guilty, Ct
☐ No Contest, Ct
☒ Not Guilty/Mute, Ct

**Trial Demands**
☐ Jury
☐ NonJury
☐ Dismiss Ct

**Attorney**
☐ Retained
☐ Appointed
☐ Ct Denies

---

## BOND

Amount: 2,000.00
T C/S PR
#_____     CK_____

☐ Applied
☐ Forfeited

☐ Returned
☐ Cancelled
Bond Conditions:

☐ Reduced
☐ Reinstated
☐ Yes    ☐ No

---

## ORDERS

☒ PSI        ☐ Alcohol Assessment        ☐ To be fingerprinted
☒ Pre-Trial Date ___9-9___ @ ___9:30___ AM/PM
☒ Preliminary Exam Date ___9-16___ @ ___2:30___ AM/PM
☐ FTA/Forfeit Bond, issue arrest/bench warrant – Bond $_____
☐ 7411/Deferred Sentence for _____, $_____ cost/oversite.
☐ Drivers license suspended/revoked _____ days with/without restriction
☐ Restricted for _____ to/from _____ during Empl☐ CSW☐ AlcPr☐ Sch☐ Medtrt☐
☐ Other _____

---

## ACTION

**PLEA**
☐ Guilty, Ct
☐ No Contest, Ct
☐ Refused, Ct
☐ Dismiss, Ct

**TRIAL**
☐ Guilty, Ct
☐ Not Guilty, Ct
☐ by Court
☐ by Jury

**PRELIM**
☐ Waived
☐ Waived 21-D
☐ Bound Over

---

## SENTENCING

$_____ Fines/Costs  $_____ CAA  $_____ Restitution  $_____ Assessment Fee
$_____ CCP  To be paid by _____ or serve _____ days in jail,
$_____ ACP by _____
☐ Serve _____ days in jail, with credit of _____ days. To serve _____ days, starting _____,
   _____ electronic monitor _____ days in abeyance
☐ _____ days of CSW in lieu of _____ days jail/fines & costs by _____
☐ Be placed on probation for _____ and pay/waive $50 month oversite
☐ To attend, complete and pay for      AHSP      OutPatient      InPatient      VIP
☐ Submit to PBT/Urine requested by Probation Officer or Police
☐ Not to consume nor be in possession of alcohol/controlled substances
☐ Attend _____ AA meeting(s) per week with written verification
☐ Other _____

---

DATE:_____        _____(P_____)
District Judge/Magistrate

Pg. MD #9 of 50

STATE OF MICHIGAN
IN THE 90TH DISTRICT COURT FOR CHARLEVOIX COUNTY
**FELONY PROBABLE CAUSE CONFERENCE ORDER**

PEOPLE OF THE STATE OF MICHIGAN        VS.        _Daniel Slough_

                                                                     Case number

                                                                     _25-491-FY_

                                                                     Defendant

1.  PLEA OFFER ____ Plea to Misdemeanor    ____ Plea to Felony in District Court

    PROSECUTION OFFER: _NONE_

    DEFENDANT OFFER: _____

    **PLEA AGREEMENT**: _____

2.  The parties acknowledge the PCC included discussion of possible plea agreement, other pretrial matters, including bail and bond modification.

3.  I fully understand that under MCL 766.4 I have the right to a probable cause conference within 7-14 days of the arraignment and a preliminary examination within 5-7 days after the probable cause conference and I voluntarily waive that right. **(All parties MUST initial)** _____/_____/_____
                                                                                      Pros Atty.   Def. Atty.   Defendant

4.  Prelim exam _9/16_          2:30 P.M.

Other: _____

_Kolen_ / _____ / _New_
PROSECUTING ATTORNEY        DEFENSE ATTORNEY        DEFENDANT

Date Signed: _9-9-25_                    _____
                                         DISTRICT JUDGE / MAGISTRATE

---

**WAIVER OF PROBABLE CAUSE CONFERENCE:**
____ The State and Defendant waive the probable cause conference.
____ Preliminary Examination to be held.

**WAIVER OF PRELIMINARY EXAMINATION:**
____ The State and Defendant waive the preliminary examination and request bind over to Circuit Court.
        (Adult Bind Over form must also be signed)

_____ / _____ / _____
PROSECUTING ATTORNEY        DEFENSE ATTORNEY        DEFENDANT

Date Signed: _____        _____
                                     DISTRICT JUDGE / MAGISTRATE

Pg. MD# 10 of 50

| STATE OF MICHIGAN<br>CHARLEVOIX COUNTY<br>90TH JUDICIAL DISTRICT<br>33RD JUDICIAL CIRCUIT | COMPLAINT<br>FELONY<br>☐ AMENDED | JUDGE ANGELA J. LASHER<br>DISTRICT CASE NO.:<br>CIRCUIT CASE NO.:<br>25-491-FY |
|---|---|---|

**Court address**
301 State Street, Charlevoix, MI 49720
District Court ORI: MI150013J    Circuit Court ORI: MI150025J    **Court telephone no.** (231) 547-7227

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | v | Defendant's name and address<br>DAVID JOHN SLOUGH<br>15340 PADDOCK RD<br>CHARLEVOIX, MI 49720 | Victim or complainant | |
|---|---|---|---|---|
| | | | Complaining Witness<br>CHARLEVOIX POLICE DEPT. | |
| Co-defendant(s) (if known) | | | Date: On or about<br>08/25/2025 | |

| City/Twp./Village<br>CITY OF CHARLEVOIX | County in Michigan<br>CHARLEVOIX | Defendant TCN<br>Q325004016K | Defendant CTN<br>15-2500073701-01 | Defendant SID<br>2395667P |
|---|---|---|---|---|
| Defendant DOB<br>Put DOB in Ref. No. row 1 on MC 97 | Defendant DLN<br>Put DLN on Ref. No. row 3 on MC97 | ☐ Oper./Chauf.<br>☐ CDL | Vehicle Type | Defendant Sex | Defendant Race |
| Police agency report no.<br>CPD 306-378-25 | Charge<br>See below | | Maximum Penalty<br>See below | |

☐    A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**Witnesses**
OFFICER MATTHEW THOMAS UMULIS    CLYDE PAYTON
DEPUTY SHERIFF AUSTIN GRANGER    CODY WHEAT

## STATE OF MICHIGAN, COUNTY OF CHARLEVOIX

The complaining witness says that on the date and at the location described, the defendant, contrary to law:

### COUNT 1: POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING

did assault, batter, wound, resist, obstruct, oppose, or endanger Sergeant Matthew Umulis, a police officer with the City of Charlevoix that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]

FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction.

### COUNT 2: POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING

did assault, batter, wound, resist, obstruct, oppose, or endanger Sergeant Matthew Umulis, a police officer with the City of Charlevoix that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]

FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction.

### COUNT 3: POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING

did assault, batter, wound, resist, obstruct, oppose, or endanger Deputy Austin Granger, a sheriff or deputy sheriff of the county of Charlevoix that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]

FELONY: 2 Years and/or $2,000.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction.

### HABITUAL OFFENDER NOTICE - FOURTH OFFENSE

Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about October 15, 2004 he was convicted of the offense of Delivery or Manufacture of Marijuana, in

Pg. MD#11 of 50

violation of MCL 333.7401 in the 56th Circuit Court for Eaton County in the State of Michigan; And on or about August 17, 2007 he was convicted of **Delivery or Manufacture of Marijuana** and **Delivery or Manufacture of Marijuana** and **Delivery or Manufacture of Marijuana** and **Delivery or Manufacture of Marijuana** in the 56th Circuit Court for Eaton County, State of Michigan; And on or about August 17, 2007 he was convicted of **Felony Firearm** in the 56th Circuit Court for Eaton County, State of Michigan; And on or about January 24, 2024 he was convicted of **Operating While Intoxicated, 3rd Offense** and **Felon in Possession of a Firearm** in the 33rd Circuit Court for Charlevoix County, State of Michigan.

Therefore, defendant is subject to the penalties provided by MCL 769.12. [769.12]

PENALTY:  Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty under 5 Years.  The maximum penalty cannot be less than the maximum term for a first conviction.

### COUNT 4:  OPERATING - LICENSE SUSPENDED, REVOKED, DENIED
did operate a motor vehicle upon a highway, while his or her operator's license, from the state of Michigan was suspended or revoked, contrary to MCL 257.904(3)(a).  [257.9041B]

**SECOND OR SUBSEQUENT OFFENSE NOTICE**
Take notice that the defendant was previously convicted of violating MCL 247.904, on or about January 29, 2005, in the 56-A District Court for Eaton County, State of Michigan;
Therefore, upon conviction, the defendant may be subject to an enhanced sentence under MCL 257.904(3)(b). [257.9041C]

MISDEMEANOR:  1 Year and/or $1,000.00.

### COUNT 5:  MOTOR VEHICLE - OPERATION WITHOUT SECURITY
did, being the operator of a Chevrolet, a motor vehicle, with respect to which security is required by MCL 500.3101, 500.3102, or 500.3103, operate said vehicle upon Bridge Street, a public highway in the State of Michigan, with knowledge that the owner or registrant did not have in full force and effect security complying with the above-cited statutes; contrary to MCL 500.3102.  [500.3102]

MISDEMEANOR:  Not more than 1 Year and/or not less than $200.00 nor more than $500.00

### COUNT 6:  OPERATE - UNREGISTERED VEHICLE
did drive or move a Chevrolet upon Bridge Street, a public highway, when said vehicle was not registered.; contrary to MCL 257.215.  [257.215]

MISDEMEANOR:  90 Days and/or $100.00

☐ The complaining witness asks that defendant be apprehended and dealt with according to law.

| Warrant Authorized on: | August 27, 2025 | by: |
| --- | --- | --- |
| | Date | |

_Christopher  Tholen P76948, Prosecuting official_
☐ Security for costs posted

I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

_8728_
Complaining witness signature

_8/27/2025_
Date

Pg. MD#12 of 50

| STATE OF MICHIGAN CHARLEVOIX COUNTY 90TH JUDICIAL DISTRICT 33RD JUDICIAL CIRCUIT | WARRANT FELONY | JUDGE ANGELA J. LASHER DISTRICT CASE NO.: CIRCUIT CASE NO.: 25-491-FY |
|---|---|---|

**Court address**
301 State Street, Charlevoix, MI 49720
District Court ORI: MI150015J                    Circuit Court ORI: MI150025J

**Court telephone no.**
(231) 547-7227

| THE PEOPLE OF THE STATE OF MICHIGAN | v | Defendant's name and address DAVID JOHN SLOUGH 15340 PADDOCK RD CHARLEVOIX, MI 49720 | Victim or complainant |
|---|---|---|---|

Complaining Witness
**CHARLEVOIX POLICE DEPT.**

Co-defendant(s) (if known)

Date: On or about
**08/25/2025**

| City/Twp./Village CITY OF CHARLEVOIX | County in Michigan CHARLEVOIX | Defendant TCN Q325004016K | Defendant CTN 152500073701 | Defendant SID 2395667P |
|---|---|---|---|---|

| Defendant DOB Put DOB in Ref. No. row 1 on MC 97 | Defendant DLN Put DLN in Ref. No. row 3 on MC97 | ☐Oper./Chauf. ☐CDL | Vehicle Type | Defendant Sex | Defendant Race |
|---|---|---|---|---|---|

| Police agency report no. CPD 306-378-25 | Charge See below | Maximum Penalty See below |
|---|---|---|

☐  A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

Witnesses
**OFFICER MATTHEW THOMAS UMULIS        CLYDE PAYTON
DEPUTY SHERIFF AUSTIN GRANGER          CODY WHEAT**

## STATE OF MICHIGAN, COUNTY OF CHARLEVOIX

**To any peace officer or court officer authorized to make arrest:** The complaining witness has filed a sworn complaint in this court stating that on the date and the location described, the defendant, contrary to law

**COUNT 1:  POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Sergeant Matthew Umulis, a police officer with the City of Charlevoix that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]

FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction.

**COUNT 2:  POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Sergeant Matthew Umulis, a police officer with the City of Charlevoix that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]

FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction.

**COUNT 3:  POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING**
did assault, batter, wound, resist, obstruct, oppose, or endanger Deputy Austin Granger, a sheriff or deputy sheriff of the county of Charlevoix that the defendant knew or had reason to know was performing his or her duties; contrary to MCL 750.81d(1). [750.81D1]

FELONY:  2 Years and/or $2,000.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement, or under MCL 750.81d(6) for another violation arising from the same transaction.

PS.   MD# 13 of 50

**HABITUAL OFFENDER NOTICE - FOURTH OFFENSE**
Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in
that on or about October 15, 2004 he was convicted of the offense of Delivery or Manufacture of Marijuana, in
violation of MCL 333.7401 in the 56th Circuit Court for Eaton County in the State of Michigan; And on or about August
17, 2007 he was convicted of **Delivery or Manufacture of Marijuana** and **Delivery or Manufacture of Marijuana**
and **Delivery or Manufacture of Marijuana** and **Delivery or Manufacture of Marijuana** in the 56th Circuit Court for
Eaton County, State of Michigan; And on or about August 17, 2007 he was convicted of **Felony Firearm** in the 56th
Circuit Court for Eaton County, State of Michigan; And on or about January 24, 2024 he was convicted of **Operating
While Intoxicated, 3rd Offense** and **Felon in Possession of a Firearm** in the 33rd Circuit Court for Charlevoix
County, State of Michigan.

Therefore, defendant is subject to the penalties provided by MCL 769.12. [769.12]

PENALTY:  Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty
under 5 Years.  The maximum penalty cannot be less than the maximum term for a first conviction.

**COUNT 4:  OPERATING - LICENSE SUSPENDED, REVOKED, DENIED**
did operate a motor vehicle upon a highway, while his or her operator's license, from the state of Michigan was
suspended or revoked, contrary to MCL 257.904(3)(a). [257.9041B]

**SECOND OR SUBSEQUENT OFFENSE NOTICE**
Take notice that the defendant was previously convicted of violating MCL 247.904, on or about January 29, 2005, in
the 56-A District Court for Eaton County, State of Michigan;
Therefore, upon conviction, the defendant may be subject to an enhanced sentence under MCL 257.904(3)(b).
[257.9041C]

MISDEMEANOR:  1 Year and/or $1,000.00.

**COUNT 5:  MOTOR VEHICLE - OPERATION WITHOUT SECURITY**
did, being the operator of a Chevrolet, a motor vehicle, with respect to which security is required by MCL 500.3101,
500.3102, or 500.3103, operate said vehicle upon Bridge Street, a public highway in the State of Michigan, with
knowledge that the owner or registrant did not have in full force and effect security complying with the above-cited
statutes; contrary to MCL 500.3102.  [500.3102]

MISDEMEANOR:  Not more than 1 Year and/or not less than $200.00 nor more than $500.00

**COUNT 6:  OPERATE - UNREGISTERED VEHICLE**
did drive or move a Chevrolet upon Bridge Street, a public highway, when said vehicle was not registered.; contrary to
MCL 257.215. [257.215]

MISDEMEANOR:  90 Days and/or $100.00

THE COURT FINDS probable cause to believe defendant committed the offense(s) set forth and that the following
circumstance(s) apply:
- ☐ the complaint is for an assaultive crime or an offense involving domestic violence, as defined in MCL 764.1a.
- ☐ there is reason to believe from the complaint that the person against whom the complaint is made will not appear on
a summons.
- ☐ the issuance of a summons poses a risk to public safety.    ☐ the prosecutor has requested an arrest warrant.

THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN,

☐ a. I order you to arrest and bring defendant before the _____ District Court immediately.

Pg. MD #14 of 50

☐ b. I order you to bring defendant before the _____ District Court

*KM*    8/27/25

BOND $2,000 C/S

Judge/Magistrate signature and date

**See return on next page.**

Approved, SCAO    Form MC 220w,  Rev. 9/22
MCL 764.1 *et seq.*, 766.1 *et seq.*, 767.1 *et seq.*, MCR 6.102

Distribute from to: Court, Prosecutor, Defendant
Page 3 of 4

Pg. MD # 15 of 50

Warrant Return  (9/22)
Page 4 of 4

Case No.

## RETURN

As ordered in this warrant, the defendant was arrested on _8-27-25_     at _1055_

Date                                                                                 Time

at _CX5/7_ .

Place of arrest

_8-27-25_

Date

_Geoff M'George_

Peace officer

Approved, SCAO    Form MC 200s,  Rev. 9/22          Distribute from to: Court, Prosecutor, Defendant
MCL 764.1 et seq., 766.1 et seq., 767.1 et seq. MCR 6.101, MCR 6.112(D)

Pg. MD #16 of 50

## AFFIDAVIT OF PROBABLE CAUSE

STATE OF MICHIGAN  )
                         ) SS.
CHARLEVOIX COUNTY)

      RE: **DAVID JOHN SLOUGH**

      Your affiant being first duly sworn deposes and says:

1. That your affiant is a sworn police officer in the State of Michigan.

2. That this affidavit provides the factual basis for the charge contained in the attached complaint and warrant and is based upon information and belief. It is not intended to be a complete recitation of all relevant facts known to law enforcement.

3. All the events mentioned in this affidavit occurred in Charlevoix County, Michigan.

4. Sergeant Matthew Umulis of the City of Charlevoix Police Department wrote that on August 25, 2025 he made a traffic stop on a vehicle.

5. Sergeant Umulis had observed the vehicle being operated on Bridge Street in the City of Charlevoix, Charlevoix County.

6. Sergeant Umulis wrote that this vehicle did not have a Michigan license plate on it; rather, the vehicle had a license plate that said "FOREIGNNATIONAL-001"

7. Sergeant Umulis wrote that DAVID SLOUGH was the operator of the vehicle, who Sgt. Umulis recognized.

8. Sgt. Umulis noted that DAVID SLOUGH has a revoked operator's license, Sgt. Umulis reported that the vehicle does not appear to be registered, and the vehicle does not appear to be insured.

      i. SLOUGH appears to have a prior Operating While License Suspended conviction.

9. Sgt. Umulis asked SLOUGH about the insurance status of the vehicle and SLOUGH never gave a clear answer. The Law Enforcement Information Network information shows that no insurance verification has been provided to the Secretary of State by any insurance company.

10. Eriksen's Towing came to the scene to tow SLOUGH's vehicle.

11. Body-worn camera shows that as Eriksen's was directly in front of SLOUGH's vehicle, and had already lowered the flat-bed upon which the vehicle would be towed, Sgt. Umulis approached SLOUGH to have him exit the vehicle. Specifically, the camera shows the following interaction:

      i. Sgt. Umulis says "Alright Mr. Slough you can step out of the vehicle for me."

      ii. SLOUGH says "I can't because its not lawful."

      iii. Sgt. Umulis opens the car door, but it is then pulled shut by SLOUGH. Sgt. Umulis reported that this almost caused his hand to be pinched in the door.

Pg. MD # 17 of 50

    iv.    Deputy Granger is on the passenger side of the vehicle and can be heard telling SLOUGH on at least two occasions to "step out of the car"

    v.    SLOUGH replied to Deputy Granger "I can't step out of the car."

    vi.    Sgt. Umulis then tells SLOUGH to "step out of the car."

    vii.    Deputy Granger can be heard again repeatedly telling SLOUGH to "step out of the car."

    viii.    SLOUGH stated "I can't because it's not lawful."

    ix.    Deputy Granger then says "step out of the vehicle"

    x.    SLOUGH responds "You're going to have to extract me, guys."

    xi.    Sgt. Umulis told SLOUGH "if you do not get out of this car you will be charged with a felony for resisting and obstructing."

    xii.    SLOUGH said "but it won't stand."

    xiii.    Sgt. Umulis said "yes it will, get out of the car, do it now.  Do you understand?"

    xiv.    Deputy Granger said "step out of the vehicle.  Step out of the vehicle."

    xv.    While Deputy Granger was saying that to SLOUGH, Sgt. Umulis was able to reach through the open driver's window and unlock SLOUGH's driver door.

    xvi.    Sgt. Umulis then re-opened SLOUGH's door and said "step out of the car, do it now."

    xvii.    Deputy Granger then said "step out of the vehicle.  Out of the car."

    xviii.    SLOUGH did not comply with any of the commands mentioned above.

    xix.    Sgt. Umulis then pulled SLOUGH out of his car, placed him in handcuffs, and SLOUGH was taken to jail.

12.    SLOUGH appears to have at least three felony convictions making him eligible for Habitual Offender, 4th Offense enhancement.

Affiant further sayeth naught.

_B Gt_ 8728
8/27/2025

Subscribed and sworn to before me on    8/27/25

KM

pg. MD#18 of 50

| STATE OF MICHIGAN<br>CHARLEVOIX COUNTY<br>90TH JUDICIAL DISTRICT<br>33RD JUDICIAL CIRCUIT | BINDOVER/TRANSFER AFTER<br>PRELIMINARY EXAMINATION<br>FELONY | JUDGE: ANGELA J. LASHER<br>DISTRICT CASE NO.:<br>CIRCUIT CASE NO.:<br>25 - 491 - FY |
|---|---|---|

| **Court address** | | **Court telephone no.** |
|---|---|---|
| 301 State Street, Charlevoix, MI 49720<br>District Court ORI: MI150015J | Circuit Court ORI: MI150025J | (231) 547-7227 |

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | v | **Defendant's name and address**<br>**DAVID JOHN SLOUGH**<br>**15340 PADDOCK RD**<br>**CHARLEVOIX, MI 49720** | Victim or complainant<br>_____ |
|---|---|---|---|

Complaining Witness
**CHARLEVOIX POLICE DEPT.**

| Co-defendant(s) (if known) | Date:  On or about<br>**08/25/2025** |
|---|---|

| City/Twp./Village<br>**CITY OF CHARLEVOIX** | County in Michigan<br>**CHARLEVOIX** | Defendant TCN<br>**Q325004016K** | Defendant CTN<br>**152500073701** | Defendant SID<br>**2395667P** |
|---|---|---|---|---|

| Defendant DOB<br>Put DOB in Ref. No. row 1 on MC 97 | Defendant DLN<br>Put DLN on Ref. No. row 3 on MC97 | ☐Oper./Chauf.<br>☐CDL | Vehicle Type | Defendant Sex | Defendant Race |
|---|---|---|---|---|---|

| Police agency report no.<br>**CPD 306-378-25** | Charge<br>**See below** | Maximum Penalty<br>**See below** |
|---|---|---|

☐    A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

Date: _____    District judge: _____

| Reporter/Recorder | Cert. no. | Represented by counsel | Bar no. |
|---|---|---|---|

### EXAMINATION WAIVER

1. I, the defendant, understand:
   a.  I have a right to employ an attorney.
   b.  I may request an appointed attorney if I am financially unable to employ one.
   c.  I have a right to a preliminary examination where it must be shown that a crime was committed and probable cause exists to charge me with the crime.
2. I voluntarily waive my right to a preliminary examination and understand that I will be bound over to circuit court on the charges in the complaint and warrant (or as amended).

_____    _____    _____
Defendant attorney                      Bar no.                    Defendant

I consent to this waiver: _____
                            Prosecuting attorney                      Bar no.

### ADULT BINDOVER

☐  3.  Examination has been waived on _____
                                          Date

☐  4.  Examination was held on _____ and it was found that probable cause exists to believe
                                  Date

both that an offense not cognizable by the district court has been committed and that the defendant committed the offense.

☐  5.  The defendant is bound over to circuit court to appear on_____ at _____.
                                                          Date                              Time

   ☐  on the charge(s) in the complaint.
   ☐  on the amended charge(s) of _____

_____ MCL/PACC Code _____

6.  Bond is set in the amount of $_____. Type of Bond: _____  ☐ Posted

_____
Judge signature and date

| Approved, SCAO    Form MC 200s,  Rev. 9/22<br>MCL 764.1 *et seq.*, 766.1 *et seq.*, 767.1 *et seq.* MCR 6.101, MCR 6.112(D) | Distribute from to: Court, Prosecutor, Defendant<br>Page 1 of 2 |
|---|---|

## CERTIFICATION

I certify that on this date I have transmitted _____ to the circuit court criminal division the prosecutor's authorization for a warrant application, the complaint, a copy of the register of actions, and any recognizances received.

_____
Court clerk signature and date

**Note:** Send a copy of this bindover to the Michigan State Police Criminal Justice Information Center.

Pg. MD #20 of 50

JIS CODE: PPI

| STATE OF MICHIGAN<br>CHARLEVOIX COUNTY<br>90TH JUDICIAL DISTRICT<br>33RD JUDICIAL CIRCUIT | PROTECTED PERSONAL<br>IDENTIFYING INFORMATION | CASE NO. and JUDGE<br><br>JUDGE ANGELA J. LASHER |
|---|---|---|

| Court address<br>301 State Street, Charlevoix, MI 49720 | Court telephone no.<br>(231) 537-7227 |
|---|---|

| Plaintiff's/Petitioner's name<br>THE PEOPLE OF THE STATE OF MICHIGAN          v | Defendant's/Respondent's name<br>DAVID JOHN SLOUGH |
|---|---|

This form is nonpublic because it contains personal identifying information (PII) that is protected from public inspection under MCR 1.109(D)(9)(a). Use this form to provide PII only for a person who is a defendant, respondent, or decedent. If the person is a plaintiff, petitioner, or other individual, use form MC 97a.

**Instructions:**
- When PII (such as date of birth) must be filed with the court on a public document, DO NOT include it on that public document. Instead, you must provide it on this form.

  **Provide only** the protected PII required for your particular case. For example, if you are filing a public document that requires you to provide a date of birth to the court, complete only that field on this form.

Name of form/document that this MC 97 is being filed with:  **Complaint**

**Christopher Tholen                    08/27/2025**
Printed name of individual completing form and date

**Instructions:** Provide the name of the person that the PII applies to, followed by the specific PII that is required to be provided. For Other, specify the type of PII in addition to the PII itself. Use the below reference number (Ref. No.) in the public document in place of the protected PII. For example, insert "Ref. No. 1" in place of the DOB in the public document.

| Ref.<br>No. | Name (required)<br>DAVID JOHN SLOUGH |
|---|---|
| 1 | Date of birth<br>01/13/1982 |
| 2 | National ID no. / Last 4 digits of SSN |
| 3 | Driver's License / State-issued ID no.<br>S-420-135-429-037 / MI |
| 4 | Passport no. |
| 5 | Other |

| Ref.<br>No. | Instructions: List the name of the financial institution and the account number. List the paragraph that references the account, if needed for clarity. Use reference number (Ref. No.) when necessary to refer to account in public documents. | | |
|---|---|---|---|
| 6 | Financial institution | Account no. | Paragraph no. |
| 7 | Financial institution | Account no. | Paragraph no. |
| 8 | Financial institution | Account no. | Paragraph no. |
| 9 | Financial institution | Account no. | Paragraph no. |

Pg. MD#21850

| STATE OF MICHIGAN 90TH DISTRICT COURT | BOND ☐ INTERIM    ☐ AMENDED | CASE NO. 25-491-FY-1 |
|---|---|---|

Court address
301 STATE STREET  CHARLEVOIX, MI 49720

Court telephone number
231-547-7227

*Own Counsel*

PEOPLE OF THE STATE OF MICHIGAN _____ V

Defendant  DAVID JOHN SLOUGH
Address  15340 PADDLOCK RD
CHARLEVOIX, MI 49720
Phone No. _____  DOB 01/13/1982
Sex M   Race W   Height 5  7   Weight 150
Hair Color BRO   Eye Color BRO

| DATE OF ARREST 08/25/2025 | TYPE OF ARREST ☐ Misdemeanor  ☑ Felony | ARRESTING AGENCY CHARLEVOIX CITY P( | AGENCY FILE NO. 378-25 |
|---|---|---|---|

OFFENSE(S) POLICE OFF RESIST/OBSTRUCT        POLICE OFF RESIST/OBSTRUCT

PURPOSE OF APPEARANCE: _____ Arraignment _____   Date/Time of Appearance *September 9  9:30*
*September 16  9:30*

PLACE OF APPEARANCE: ☑ at the court address above  ☐ OTHER:

TYPE OF BOND: ☐ Personal Recognizance  ☐ 10%  ☑ Cash/Surety    BOND AMOUNT: $ ~~2,000.00~~ *5000*

BOND SET BY: _____   DATE: *8/28/25*
Judge/Magistrate

## TERMS AND CONDITIONS

By signing this bond I agree to the following terms and conditions:

1. I will personally appear for any examination, arraignment, trial or sentencing and will appear at such other times and places as may be directed by the District Court. If I am represented by an attorney in this case any notice to appear may be given to my attorney in place of personal service to me.
2. I will not commit a crime while released.
3. I will abide by any judgment entered in this case and will surrender myself to serve any sentence imposed.
4. I will not leave the State of Michigan without the permission of the court, unless I currently reside out of state.
5. I will immediately notify the court of any change in my address or telephone number.
6. I will abide by all conditions of this bond and any release order.
7. I understand that if I violate any condition of release, I am subject to arrest and my bond may be forfeited or revoked.
8. Defendant/Depositor understands that if the defendant fails to perform any of the terms and conditions, or violates any conditional release order, the full amount of this bond may be forfeited. Defendant/Depositor further understands that upon conclusion of the case the amount deposited may be applied to any fine and costs assessed, except that 10% of the deposit on a 10% bond may be deducted and retained by the court.

☐ Not consume/possess alcohol, illegal substances or controlled substances (includes marijuana).
☐ Submit to ☐ daily (6am-9am) ☐ twice daily (6am-9am & 4pm-7pm) ☐ random PBTS.* ☐ Portable Scram Unit
*Proof must be shown to the court each Friday by 3pm via fax (231) 547-7253. Must pay all fees for any testing required.
☐ Submit to ☐ discretionary ☐ immediate drug screens and _____ times per week/month.
*Proof must be shown to the court each Friday by 3pm via fax (231) 547-7253. Must pay all fees for any testing required.
☐ Shall not enter any bar, casino or place that serves alcohol by the glass.
☐ Shall have no contact directly or indirectly with _____
(Note: This condition also applies while defendant is in custody)
☐ May not go to: _____
☒ May not possess/purchase a firearm, ammunition or any other dangerous weapon.
☒ No threatening, intimidating, harassing or violent behavior toward any person.
☒ Other: *may not operate a motor vehicle*

Defendant's Signature _____        Depositor/Surety Signature _____

This order is to be entered into L.E.I.N.   Order Expires *8/27/26*

IT IS SO ORDERED: _____        DATE: *8/28/25*
Judge/Magistrate

*80.* MD#22 of 50

THE FACE OF THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND AND MICRO PRINTING — THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK
THIS DOCUMENT IS VOID IF THE PINK HEAT SENSITIVE INK BOX IN THE LOWER RIGHT HAND CORNER DOES NOT DISAPPEAR WHEN RUBBED WITH WARM HANDS

**POWER AMOUNT** VOID IF NOT EXECUTED BY:
$5,000    SEP 12 2025

**POWER OF ATTORNEY**

**American Surety Company**
P.O. Box 68932, Indianapolis, IN 46268

AS5 **1547071**

KNOW ALL MEN BY THESE PRESENTS: that AMERICAN SURETY COMPANY, a corporation duly authorized and existing under the laws of the State of Indiana, does constitute and appoint the below named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, and deliver for and on its behalf, as surety, a bail bond only.

Authority of such Attorney-in-Fact is limited to appearance bonds. No authority is provided herein for the execution of surety immigration bonds or to guarantee alimony payments, fines, wage law claims or other payments of any kind on behalf of below named defendant. The named agent is appointed only to execute the bond consistent with the terms of this power of attorney. The agent is not authorized to act as agent for receipt of service of process in any criminal or civil action.

This power is void if altered or erased or used in any combination with other powers of attorney of this company or any other company to obtain the release of the defendant named below or to satisfy any bond requirement in excess of the stated face amount of this power. This power can only be used once. No authority is provided to a copy or facsimile of this power of attorney without the prior written consent of American Surety Company. The obligation of the company shall not exceed the sum of

**FIVE THOUSAND ($5,000.00) DOLLARS**

and provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, AMERICAN SURETY COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this _____ day of _____, 20___.

Bond Amount $ 5000 _____ Appearance Date 9-9-25  9:30 AM

Defendant: DAVID JOHN SLOUGH

Court: 90TH    Case # 25-491-FY

County: Charlevoix  City: MI  St. MI  Zip 49720

Offense: DWLS R40  no insurance

Executing Agent: Frell Roach  J & S BAIL BONDS

AMERICAN SURETY COMPANY

SEAL

William _____

President

1940 Eastern Ave SE

| STATE OF MICHIGAN | MICHIGAN APPEARANCE | CASE NO. |
|---|---|---|
| 90th JUDICIAL DISTRICT JUDICIAL CIRCUIT | BOND □ INTERIM    □ AMENDED | 25-441-FY |

| ORI MI | 301 State St. Charlevoix MI 49720 | Court Telephone Number (231) 547-7227 |

THE PEOPLE OF

☑ The State of Michigan

□ _____

v

**Defendant's/Juvenile's Name, Address, and Telephone Number**
DAVID SLAGT
Tidack Rd
Charlevoy MI 49720

Date of Birth: 1-13-82    CTN/TCN

| Date of Arrest | Type of Offense | Arresting Agency | Agency File Number |
|---|---|---|---|
| 8-26-25 | □ Misdemeanor ☑ Felony | Charlevoix P.d. | CPD 306378-25 |

**Offense(s)**
Awis R&O no insurance

**Statute/Ordinance Citation(s)**

| Purpose of Next Appearance | Time of Appearance 4:30 | Date of Appearance 9-1-25 |
|---|---|---|

**Place of Appearance**
☑ At the court address above    □ Other: _____    □ Bond Denied

| TYPE OF BOND | □ Personal recognizance | Full Bail Amount $ 5000 | Bond Set By Judge/Magistrate |
|---|---|---|---|
| ☑ Cash/Surety | □ Cash/Surety/10% Cash □ Real Property | | |
| □ *Proof of value and interest in real property is required | | | |

See terms and conditions on the other side of this form    **TERMS AND CONDITIONS**

I have read and agree to the terms and conditions as specified on the other side of this bond and as follows:

I will abide by the other conditions specified in items: _____
List, by number, all items ordered in the Pretrial Release. Include any specific details.
_____

which are listed on the back of this bond. I understand if I fail to perform all the terms and conditions of this bond, my release may be revoked and I will be subject to arrest, and the **full amount** of the bond may be forfeited and judgment entered for the entire amount of the bond.

Aug 29 25
Date

_____
Defendant's Signature

**Bond Deposited by Defendant**: If all the terms and conditions of this bond are met, it will be used to pay any fine, state minimum costs, restitution, statutory assessments, and other costs imposed and any balance will be returned to me as authorized by statute and court rule.

_____
Date

_____
Defendant's Signature

**Bond Deposited by** □ **Third Party**:    □ **Surety/Agent**: I understand and agree if all the terms and conditions on the face and on the back of this bond are not met by the defendant, the **full amount** of the bond may be forfeited and a judgment entered for the entire amount of the bond. If all the terms and conditions of this bond are met, the **full amount** of the bond will be returned to me unless I deposited a 10% cash bond. **In that instance, the court will return only 90% of it to me.**

August 29 25
Date

_____
Name of Depositor/Surety/Agent

_____
Address

_____
City/State/Zip

**ACCEPTANCE – Bond is accepted.**    □ Received deposit of $ _____

_____
Date
USI-155

_____
Signature

Original – Court    1st Copy – Defendant    2nd Copy - Extra
PJ MD# 24 of 50

State of Michigan
Law Citation

Ticket No. **25887**

US DOT No. ☐☐☐5-491-FW

Incident No. 306-378-25

Dept 7

☐ Victim Involved

The People of the State of Michigan
☐ Township ☒ City ☐ Village ☐ County
OF: **CHARLEVOIX**

Local Use/Arrest No.

Deter.  Device

BAC

THE UNDERSIGNED SAYS THAT ON: 
Month 8 Day 25 Year 25
At approximately 256 ☐ A.M. ☐ P.M.
Date of Birth
Month 1 Day 1 Year 1982

State MI ☐ Oper./Chauf. ☐ CDL
Driver License Number
942 0135 429 037
SSN (last 4 digits)

Race W Sex M Height Weight Hair Eyes Occupation/Employer

Name (First, Middle, Last)  David John Slough
Street 15340 Paddock Rd
City Charlevoix  State MI  Zip Code 49720

Vehicle Plate No.  Year  State MI  Vehicle Description (Year, Make, Color) 2014 Chevy Grey  Veh. Type

THE PERSON NAMED ABOVE, in violation of ☐ Local Ordinance ☒ State Law ☐ Administrative Rule

UPON Bridge St
AT OR NEAR Airport Access
WITHIN ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF **CHARLEVOIX**
COUNTY OF **CHARLEVOIX**  DID THE FOLLOWING

| Type | MCL Cite/PACC Code/ Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☐ C/I ☐ Warn ☒ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. 904 | Drove w Revoked License | ① |
| ☐ C/I ☐ Warn ☒ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. 500, 3102(2) | No Insurance | ② |
| ☐ C/I ☐ Warn ☒ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. .215 | Unregistered Motor Vehicle | ③ |

**TO THE COURT:** Do not arraign on a felony charge until an authorized complaint is filed.

Offense Code(s) _____ 1 _____ 2 _____ 3 _____

Key for Type: C/I = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive
Waiv = Violation for Which Fines/Costs May be Waived  Authorization pend. = Authorization pending

Remarks: _____

CHECK IF APPROPRIATE
☐ Vehicle Impounded ☐ Traffic Crash ☐ Damage to Property ☐ Injury ☐ Death
☐ Local Court Bond $ _____
☐ License Posted in Lieu of Bond
☒ Appearance Certificate
Person in Active Military Service ☐ Yes ☐ No ☐ None

SEE DATE BELOW.  SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS
Appearance Date on or before _____ Sept 25 4:30pm
Hearing Date (if applicable) on _____ Wednesday
☐ Juvenile Traffic Misd. (Court will Notify) ☐ Formal Hearing Required. (Court will Notify) ☐ Contact Court

In the **90th DISTRICT** Court of **CHARLEVOIX**
Court Address & Phone Number
**301 STATE ST.**
**CHARLEVOIX, MI 49720**
**231-547-7227**

☐ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable).
I declare under the penalties of perjury that the statements above are true to the best
of my information, knowledge, and belief.

Complainant's Signature and receipt if applicable

Month 8 Day 25 Year 25

Officer's Name (printed) _____ J Wills  Officer's ID No. 8 71

Agency ORI MI- **1530600**  Agency Name **CHARLEVOIX CITY POLICE**

UC-01a
(rev. 6/05)  **COURT COPY 1**

Ticket 25887
Name
Case No.

PO. MD#25 of 50

**STATE OF MICHIGAN**
**IN THE 90TH DISTRICT COURT**
**CHARLEVOIX COUNTY**

PEOPLE OF THE STATE OF MICHIGAN,

Case No.:  25-491 FY

v.

DAVID JOHN SLOUGH,

JUDGE'S COPY

Defendant.

_____/

CHRISTOPHER D. THOLEN (P76948)
Charlevoix County Prosecuting Attorney
Attorney for Plaintiff
301 State Street
Charlevoix, MI 49720
(231) 547-7207

DAVID JOHN SLOUGH ()
Attorney for Defendant
15340 PADDOCK RD
CHARLEVOIX, MI 49720

_____/

**NOTICE OF HEARING**

Be advised that hearing on People's Motion to adjourn Preliminary Examination has been

scheduled for September 9, 2025, at 1:30 pm.

Respectfully,

August 29, 2025

___  _____

Christopher D. Tholen (P76948)
Prosecuting Attorney
Charlevoix County

Pg. MD#26 of 50

**STATE OF MICHIGAN**
**IN THE 90ᵀᴴ DISTRICT COURT FOR THE COUNTY OF CHARLEVOIX**

THE PEOPLE OF THE STATE OF MICHIGAN,
        PLAINTIFF,

                             CASE NO.   25-491-FY

v

                             HON. ANGELA J. LASHER

DAVID JOHN SLOUGH,
        DEFENDANT.

_____/

| Christopher Tholen (P76948) | David John Slough |
|---|---|
| Prosecuting Attorney | In Pro Per |
| 301 State Street | 15340 and/or 15336 Paddock Road |
| Charlevoix, MI 49720 | Charlevoix, MI 49720 |
| (231) 547-7207 | |

_____/

### MOTION TO ADJOURN PRELIMINARY EXAMINATION

      The People move to adjourn the currently-set preliminary examination for this case (September 16ᵗʰ).  MCR 6.110 permits adjournment of a preliminary examination either by stipulation or good cause.  Statutory law also permits this: "adjournment, continuance, or delay of a preliminary examination may be granted by a magistrate without the consent of the defendant or the prosecuting attorney for good cause shown."  MCL 766.7.  The reason for the request is that the sole witness subpoenaed by The People for the preliminary examination will be on a pre-planned vacation from the 14ᵗʰ to the 19ᵗʰ of September.  This witness will also be unavailable for video testimony during that time due to a lack of sufficient internet connection.

*Relief Requested*

      The People of the State of Michigan respectfully request adjournment to any date prior to September 14 or any date following September 19 so that testimony can be presented from the necessary witness.

**Page 1 of 2**

The People believe that September 23rd does not have many preliminary examinations scheduled and have confirmed that the witness is available on that day.

Respectfully submitted,

August 29, 2025

Christopher Tholen (P76948)
Prosecuting Attorney
Charlevoix County

Page 2 of 2

Pg. MD#28 of 50

Approved, SCAO

| | | |
|---|---|---|
| | Original - Court<br>1st copy - Plaintiff/Attorney | 2nd copy - Defendant/Attorney<br>3rd copy - Extra |

| STATE OF MICHIGAN<br>90TH JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | NOTICE TO APPEAR | CASE NO.<br>25-491-FY-1 |
|---|---|---|

**Court address** 301 STATE STREET  CHARLEVOIX, MI 49720    **Court telephone no.** 231-547-7227

STATE OF MICHIGAN

Plaintiff                                    ☐ Personal service

v

DAVID JOHN SLOUGH (MAIL)
15340 PADDLOCK RD
CHARLEVOIX, MI  49720

Defendant                                ☐ Personal service

THOLEN, CHRISTOPHER
301 STATE STREET
CHARLEVOIX, MI  49720

231-547-7207

Plaintiff's attorney/People              ☐ Personal service

Defendant's attorney                     ☐ Personal service

CHARLEVOIX CITY POLICE
UMULIS, M

Officer

**YOU ARE DIRECTED TO APPEAR AT:**

☒ The court address above, courtroom  MAIN

☐ _____

Judge: HONORABLE ANGELA J. LASHER

**FOR THE FOLLOWING PURPOSE:**

NOTICE OF HEARING

On: 09/30/2025        at  2:30 PM

POLICE OFF RESIST/OBSTRUCT
POLICE OFF RESIST/OBSTRUCT
POLICE OFF RESIST/OBSTRUCT
OPR-LIC SUSP/REV/DENIED
MOTOR VEHICLE OPR W/O SECURITY
OPR-UNREGISTERED VEHICLE

DEFENDANT'S MOTION TO DISMISS

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

☐ The above matter is adjourned from _____
                                                                 Date

Date issued: 09/10/2025                              **Clerk of the Court**

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.

2. No case may be adjourned except by authority of the judge for good cause shown.

3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.

4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.

5. If you intend to employ a lawyer, he or she should be notified of the date at once.

6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

MC 06   (6/19)   **NOTICE TO APPEAR**

Pg. MD #29 of 50

Approved, SCAO

Original - Court
1st copy - Plaintiff/Attorney

2nd copy - Defendant/Attorney
3rd copy - Extra

| STATE OF MICHIGAN<br>90TH JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | NOTICE TO APPEAR | CASE NO.<br>25-491-FY-1 |
|---|---|---|

**Court address**
301 STATE STREET  CHARLEVOIX, MI 49720

**Court telephone no.**
231-547-7227

STATE OF MICHIGAN

**Plaintiff**  ☐ Personal service

**YOU ARE DIRECTED TO APPEAR AT:**

☒ The court address above, courtroom  MAIN

☐ _____

v

**Judge:** HONORABLE ANGELA J. LASHER

DAVID JOHN SLOUGH (MAIL)
15340 PADDLOCK RD
CHARLEVOIX, MI  49720

**Defendant**  ☐ Personal service

**FOR THE FOLLOWING PURPOSE:**

NOTICE-PRELIMINARY EXAM

On: 09/30/2025        at  2:30 PM

THOLEN, CHRISTOPHER
301 STATE STREET
CHARLEVOIX, MI  49720

231-547-7207

POLICE OFF RESIST/OBSTRUCT
POLICE OFF RESIST/OBSTRUCT
POLICE OFF RESIST/OBSTRUCT
OPR-LIC SUSP/REV/DENIED
MOTOR VEHICLE OPR W/O SECURITY
OPR-UNREGISTERED VEHICLE

**Plaintiff's attorney/People**  ☐ Personal service

**Defendant's attorney**  ☐ Personal service

CHARLEVOIX CITY POLICE
UMULIS, M

**Officer**

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

☑ The above matter is adjourned from 09/09/25
**Date**

Date issued: 09/10/2025

**Clerk of the Court**

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.

2. No case may be adjourned except by authority of the judge for good cause shown.

3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.

4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.

5. If you intend to employ a lawyer, he or she should be notified of the date at once.

6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

MC 06   (6/19)  **NOTICE TO APPEAR**

pg. MD#30 of 50

**STATE OF MICHIGAN**
**IN THE 90TH DISTRICT COURT**
**CHARLEVOIX COUNTY**

PEOPLE OF THE STATE OF MICHIGAN,                    Case No.:  25-491 FY

v.

DAVID JOHN SLOUGH,
                                  Defendant.
_____ /

CHRISTOPHER D. THOLEN (P76948)         DAVID JOHN SLOUGH ()
Charlevoix County Prosecuting Attorney   Attorney for Defendant
Attorney for Plaintiff                                15340 PADDOCK RD
301 State Street                                       CHARLEVOIX, MI 49720
Charlevoix, MI 49720
(231) 547-7207
_____ /

### NOTICE OF HEARING

Be advised that hearing on People's Motion to adjourn Preliminary Examination has been

scheduled for September 9, 2025, at 1:30 pm.

Respectfully,

August 29, 2025                                ___  _Christopher D. Tholen (signature)_

                                                          Christopher D. Tholen (P76948)
                                                          Prosecuting Attorney
                                                          Charlevoix County

**RECEIVED**

90th DISTRICT COURT
CHARLEVOIX COUNTY

pg. MD #31 of 50

**STATE OF MICHIGAN**
**IN THE 90TH DISTRICT COURT FOR THE COUNTY OF CHARLEVOIX**

THE PEOPLE OF THE STATE OF MICHIGAN,
     PLAINTIFF,

                            CASE NO.   25-491-FY

v

                            HON. ANGELA J. LASHER

DAVID JOHN SLOUGH,
     DEFENDANT.
_____/

Christopher Tholen (P76948)        David John Slough
Prosecuting Attorney              In Pro Per
301 State Street                  15340 and/or 15336 Paddock Road
Charlevoix, MI 49720           Charlevoix, MI 49720
(231) 547-7207
_____/

### MOTION TO ADJOURN PRELIMINARY EXAMINATION

The People move to adjourn the currently-set preliminary examination for this case (September 16th).  MCR 6.110 permits adjournment of a preliminary examination either by stipulation or good cause.  Statutory law also permits this: "adjournment, continuance, or delay of a preliminary examination may be granted by a magistrate without the consent of the defendant or the prosecuting attorney for good cause shown."  MCL 766.7.  The reason for the request is that the sole witness subpoenaed by The People for the preliminary examination will be on a pre-planned vacation from the 14th to the 19th of September.  This witness will also be unavailable for video testimony during that time due to a lack of sufficient internet connection.

*Relief Requested*

The People of the State of Michigan respectfully request adjournment to any date prior to September 14 or any date following September 19 so that testimony can be presented from the necessary witness.

RECEIVED

90th DISTRICT COURT
CHARLEVOIX COUNTY

Pg. MD#32 of 50

The People believe that September 23rd does not have many preliminary examinations scheduled and have confirmed that the witness is available on that day.

Respectfully submitted,

August 29, 2025

Christopher Tholen (P76948)
Prosecuting Attorney
Charlevoix County

pg. MD# 33 of 50

| Approved, SCAO | Original - Court<br>1st copy - Plaintiff/Attorney | 2nd copy - Defendant/Attorney<br>3rd copy - Extra |
|---|---|---|

| **STATE OF MICHIGAN**<br>**90TH JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT** | **NOTICE TO APPEAR** | **CASE NO.**<br>**25-491-FY-1** |
|---|---|---|

| Court address<br>301 STATE STREET  CHARLEVOIX, MI 49720 | Court telephone no.<br>231-547-7227 |
|---|---|

STATE OF MICHIGAN

**YOU ARE DIRECTED TO APPEAR AT:**

☒ The court address above, courtroom  MAIN

☐ _____

_____

Plaintiff                                    ☐ Personal service

v

Judge:  HONORABLE ANGELA J. LASHER

DAVID JOHN SLOUGH
15340 PADDLOCK RD
CHARLEVOIX, MI  49720

**FOR THE FOLLOWING PURPOSE:**

NOTICE OF HEARING

Defendant                                ☐ Personal service

On:  09/09/2025        at  1:30 PM

THOLEN, CHRISTOPHER
301 STATE STREET
CHARLEVOIX, MI  49720

231-547-7207

POLICE OFF RESIST/OBSTRUCT
POLICE OFF RESIST/OBSTRUCT
POLICE OFF RESIST/OBSTRUCT
OPR-LIC SUSP/REV/DENIED
MOTOR VEHICLE OPR W/O SECURITY
OPR-UNREGISTERED VEHICLE

Plaintiff's attorney/People                ☐ Personal service

PEOPLE'S MOTION TO ADJOURN PRELIMINARY
EXAM.

Defendant's attorney                      ☐ Personal service

CHARLEVOIX CITY POLICE
UMULIS, M

Officer

If you require special accommodations to use the court
because of a disability or if you require a foreign language
interpreter to help you fully participate in court proceedings,
please contact the court immediately to make arrangements.

☐ The above matter is adjourned from _____
                                                          Date

Date issued:  09/02/2025

A  RA

**Clerk of the Court**

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.

2. No case may be adjourned except by authority of the judge for good cause shown.

3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.

4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.

5. If you intend to employ a lawyer, he or she should be notified of the date at once.

6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

MC 06   (6/19)  **NOTICE TO APPEAR**

pg. MD# 34 of 50

Approved, SCAO

Original - Court
1st copy - Plaintiff/Attorney

2nd copy - Defendant/Attorney
3rd copy - Extra

| STATE OF MICHIGAN<br>90TH JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | NOTICE TO APPEAR | CASE NO.<br>25-491-FY-1 |
|---|---|---|

**Court address**
301 STATE STREET  CHARLEVOIX, MI 49720

**Court telephone no.**
231-547-7227

STATE OF MICHIGAN

Plaintiff ☐ Personal service

v

DAVID JOHN SLOUGH (jail)
15340 PADDLOCK RD
CHARLEVOIX, MI  49720

Defendant ☐ Personal service

THOLEN, CHRISTOPHER
301 STATE STREET
CHARLEVOIX, MI  49720
231-547-7207

Plaintiff's attorney/People ☐ Personal service

Defendant's attorney ☐ Personal service

CHARLEVOIX CITY POLICE
UMULIS, M

Officer

**YOU ARE DIRECTED TO APPEAR AT:**

☒ The court address above, courtroom MAIN

☐ _____

_____

Judge: HONORABLE ANGELA J. LASHER

**FOR THE FOLLOWING PURPOSE:**

NOTICE-PRELIMINARY EXAM

On: 09/16/2025   at  2:30 PM

POLICE OFF RESIST/OBSTRUCT
POLICE OFF RESIST/OBSTRUCT
POLICE OFF RESIST/OBSTRUCT
OPR-LIC SUSP/REV/DENIED
MOTOR VEHICLE OPR W/O SECURITY
OPR-UNREGISTERED VEHICLE

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

☐ The above matter is adjourned from _____
Date

Date issued: 08/28/2025

**Clerk of the Court**

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.

2. No case may be adjourned except by authority of the judge for good cause shown.

3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.

4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.

5. If you intend to employ a lawyer, he or she should be notified of the date at once.

6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

MC 06  (6/19) **NOTICE TO APPEAR**    pg. MD# 35 of 50

Approved, SCAO

| | | |
|---|---|---|
| | Original - Court<br>1st copy - Plaintiff/Attorney | 2nd copy - Defendant/Attorney<br>3rd copy - Extra |

| STATE OF MICHIGAN<br>90TH JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | NOTICE TO APPEAR | CASE NO.<br>25-491-FY-1 |
|---|---|---|

Court address
301 STATE STREET  CHARLEVOIX, MI 49720

Court telephone no.
231-547-7227

**STATE OF MICHIGAN**

Plaintiff

☐ Personal service

v

**YOU ARE DIRECTED TO APPEAR AT:**

☒ The court address above, courtroom __MAGS__

☐ _____

_____

Judge: **KATRINA D. MARTIN**

DAVID JOHN SLOUGH (jacl)
15340 PADDLOCK RD
CHARLEVOIX, MI  49720

Defendant

☐ Personal service

**FOR THE FOLLOWING PURPOSE:**

NOTICE OF PRE-TRIAL

On: __09/09/2025__   at  __9:30 AM__

THOLEN, CHRISTOPHER
301 STATE STREET
CHARLEVOIX, MI  49720

231-547-7207

POLICE OFF RESIST/OBSTRUCT
POLICE OFF RESIST/OBSTRUCT
POLICE OFF RESIST/OBSTRUCT
OPR-LIC SUSP/REV/DENIED
MOTOR VEHICLE OPR W/O SECURITY
OPR-UNREGISTERED VEHICLE

Plaintiff's attorney/People

☐ Personal service

Defendant's attorney

☐ Personal service

CHARLEVOIX CITY POLICE
UMULIS, M

Officer

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

☐ The above matter is adjourned from _____
Date

Date issued: __08/28/2025__

**Clerk of the Court**

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.

2. No case may be adjourned except by authority of the judge for good cause shown.

3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.

4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.

5. If you intend to employ a lawyer, he or she should be notified of the date at once.

6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

MC 06   (6/19)  **NOTICE TO APPEAR**

pg. MD#36 of 50

Approved, SCAO

Original - Court
1st copy - Plaintiff/Attorney

2nd copy - Defendant/Attorney
3rd copy - Extra

| STATE OF MICHIGAN<br>90TH JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | NOTICE TO APPEAR | CASE NO.<br>25-491-FY-1 |
|---|---|---|

**Court address**
301 STATE STREET  CHARLEVOIX, MI 49720

**Court telephone no.**
231-547-7227

STATE OF MICHIGAN

Plaintiff ☐ Personal service

v

DAVID JOHN SLOUGH
15340 PADDLOCK RD
CHARLEVOIX, MI  49720

Defendant ☐ Personal service

THOLEN, CHRISTOPHER
301 STATE STREET
CHARLEVOIX, MI  49720

231-547-7207

Plaintiff's attorney/People ☐ Personal service

Defendant's attorney ☐ Personal service

CHARLEVOIX CITY POLICE
UMULIS, M

Officer

**YOU ARE DIRECTED TO APPEAR AT:**

☒ The court address above, courtroom  MAIN

☐ _____

Judge:  HONORABLE ANGELA J. LASHER

**FOR THE FOLLOWING PURPOSE:**

NOTICE/ARRAIGNMENT

On:  08/28/2025      at  10:30 AM

POLICE OFF RESIST/OBSTRUCT
POLICE OFF RESIST/OBSTRUCT
POLICE OFF RESIST/OBSTRUCT
OPR-LIC SUSP/REV/DENIED
MOTOR VEHICLE OPR W/O SECURITY
OPR-UNREGISTERED VEHICLE

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

☐ The above matter is adjourned from _____
Date

Date issued:  08/27/2025

**Clerk of the Court**

**IMPORTANT: READ THIS CAREFULLY**

1. Bring this notice with you.
2. No case may be adjourned except by authority of the judge for good cause shown.
3. FAILURE OF THE DEFENDANT TO APPEAR in a civil case may cause a default judgment to be entered. FAILURE OF THE PLAINTIFF TO APPEAR may result in a dismissal of the case.

4. FAILURE TO APPEAR in a criminal case may subject you to the penalty for contempt of court, and a bench warrant may be issued for your arrest.
5. If you intend to employ a lawyer, he or she should be notified of the date at once.
6. Fines, costs, and other financial obligations imposed by the court must be paid at the time of assessment, except when the court allows otherwise, for good cause shown.

MC 06  (6/19)  **NOTICE TO APPEAR**    pg. MD# 37 of 50

# STATE OF MICHIGAN IN THE 90ᵀᴴ DISRICT COURT FOR THE COUNTY OF CHARLEVOIX

## 301 STATE STREET CHARLEVOIX, MI 49720 231-547-7220

PEOPLE OF THE

STATE OF MICHIGAN                          Hon. Judge Angela Lasher

Plaintiff in Error,                        Case No. 25-491-FY-1


v.


DAVID JOHN SLOUGH

Defendant in Error.

_____/

## DEFENDANT IN ERROR'S OPPOSITION TO THE PEOPLES MOTION TO ADJOURN PRELIMINARY EXAMINATION


**NOW COMES Defendant in Error, David-John Ishmal, Man/Beneficiary to the Person DAVID JOHN SLOUGH, He is sui juris & In propia persona, and does respectfully  object and opposes the People's Motion to Adjourn the preliminary Examination, stating:**


### I.    INTRODUCTION

1. Defendant in Error has asserted his right to a timely preliminary examination under Michigan Law.
2. The People have moved to adjourn this hearing without demonstrating "good cause".
3. The governing statutes require strict adherence to scheduling deadlines; adjournment is permissible only on a showing of good cause.

RECEIVE

90th DISTRICT
CHARLEVOIX

Pg. MD#38 of 50

## II.     FACTS

4. Defendant in Error's preliminary examination is currently scheduled for 09/16/2025 @ 2:30 p.m.

5. The People seek to adjourn this examination of What Grounds? Unknown Grounds/Facts.

6. Defendant in Error OBJECTS and INSISTS upon proceeding within the statutory timeframe.

## III.     ARGUMENT

i.     THE STATUTORY FRAMEWORK REQUIRES A TIMELY PRELIM.

7. MCL 766.4 provides that a preliminary examination must be scheduled within 14 days of arraignment unless adjourned by consent or for good cause.

8. MCL 766.7 provides that a magistrate may adjourn "only for good cause shown."

9. The Michigan appellate courts have held that where an examination is delayed beyond the statutory period without good cause, the Defendant is entitled to discharge. *People v. Weston, 413 Mich 371 (1982).*

ii.     THE PEOPLE HAVE NOT SHOWN GOOD CAUSE (NOR ANY CAUSE)

10. The prosecution has not identified facts sufficient to constitute "good cause" within the meaning of MCL 766.7. Vague references to witness scheduling or convenience do not suffice. See *People v. Crawford, 429 Mich 151 (1987)'

11. Defendant in Error has OBJECTED to adjournment. Absent a showing of good cause on the record, this Court may not grant it.

iii.     PREJUDICE TO DEFENDANT.

12. Defendant in Error suffers prejudice by delay, including prolonged pre-trial restrictions, anxiety, irreparable harm due to inflaming his PTSD and impairment of his ability to prepare a defense.

13. Michigan Courts balance these factors in determining speedy trial violations. See * People v. Collins, 388 Mich 680 (1972).

Pg. MD#39 of 50

## IV.   RELIEF REQUESTED

WHEREFORE, Defendant in Error respectfully requests that this Court:

a. Deny the Peoples Motion to adjourn the Preliminary Examination;
b. Order the preliminary examination to proceed as scheduled within the statutory time;
c. In the alternative, if adjournment is granted, require the People to state specific facts establishing good cause on the record, set a firm new date within statutory limits, and compel immediate production of discovery;
d. Grant such other relief as is just and proper.

Respectfully admitted,

09 / 08 /2025

David-John Ishmal, Man/Beneficiary to:
DAVID JOHN SLOUGH
P.O. BOX 161 CHARLEVOIX, MI 49720
231-237-4437

pg. MD# 40 of 50

# §§§   CERTIFICATE OF SERVIVICE   §§§

# THIRD  [DISTRICT / CIRCUIT] COURT IN THE COUNTY OF CHARLEVOIX

### 301 STATE STREET CHARLEVOIX, MI 49720 231-547-7227

CASE NO. 25-491-FY-1 Objection/opposition to waive prelimex

I did deliver by: [First-Class mail]  [Hand Delivered] [electronic Filing]  a copy of these documents onto:

(name of person)

On this Date of : 09 / 08 / 2025         ;

' I do declare under the penalties of perjury, under the Laws of the united states of America that the foregoing is true and correct. "

Man/Beneficiary to DAVID JOHN SLOUGH  ©

David-John Ishmal Slough EL, Native Michiganian

RECEIVED

90th DISTRICT COURT
CHARLEVOIX COUNTY

pg. MD #41 of 50

# SWORN STATEMENT/ CERTIFIED DECLARATION

09/06/2025    *Case No. 25-491-FY-1*

I David-John Ishmal, the Man/Beneficiary to DAVID JOHN SLOUGH I do claim to have the superior first-hand knowledge of these following Facts, contained here within this sworn affidavit; I the Affiant does swear and certifies the following Facts are true to the best of my knowledge:

1 David-John Ishmal Slough El is the Man/Beneficiary to the Registered named Person: DAVID JOHN SLOUGH ***-**-2612;

2. On the date of August 25th , 2025 @ approx.. 3:00 P.M. David-John Ishmal was exercising his right to locomotion , privately traveling home from official ministry and Trustee duties, when his private conveyance was unlawfully pulled over by one City of Charlevoix Police Officer Matt Umulus.

3. Officer Matt Umulus could not articulate any reasonable suspicion, other then the presumption of David-John "driving a motor vehicle without a license". The private automobile is NOT a motor vehicle; Motor vehicle is a commercial term; David-John wasn't "driving", another commercial term referring to one person who is engaged in commercial activities; David-John does have a private, foreign nation/church Identification/Driver License Passport.

4. David-John is the Trustee to the C3 Farm Private Trust, a foreign nation/trust that owns and registers the private automobile; David-John is a Non-Resident as per MCL 257.243 (1); David-John was exercising his right to locomotion on a public road/county road "open as a matter of right to public vehicular travel". As per the Charlevoix County Orv ordinance No. 11 of 2015; and as per superior MCL 207.211 (k).

5. The County of Charlevoix Building/Courthouse; City of Charlevoix Police Department and the Charlevoix County Sheriffs' Office all do possess copies of the "Fee Schedule" for DAVID JOHN SLOUGH-PRINCIPAL And his Agent,

RECEIVED

90th DISTRICT COURT
CHARLEVOIX COUNTY

2of 3

David-John; The "Fee Schedule" does list fees by the minute and hour for interfering with constitutional rights or billable court hours. The Charlevoix County Sheriffs, County Building/Courthouse & City Police did all accept and sign for the Certified mailings, lawfully and legally binding contractual agreements.

6. David-John the Man/Beneficiary did already put onto the record for Case No. 25-491-FY-1 that he was only appearing in the 90th District Court under extreme protest and threat and duress; David-John Ishmal did only appear by a *"SPECIAL APPEARANCE, ONLY TO CHALLENGE BOTH SUBJECT MATTER JURISDICTION & PERSONAL (PERSONA) JURISDICTION;"*. THIS SPECIAL APPEARANCE AND JURISDICTIONAL CHALLENGE STILL APPLY/ IS STILL STANDING IN THIS AFFIDAVIT.

7. David-John Ishmal does not waive any Rights; does not waive any preliminary examination; does not consent to any of these extrajudicial proceeding without FIRST establishing Jurisdiction or the lack there of; David-John Ishmal CANNOT plea voluntarily until the subject matter jurisdiction and personal jurisdiction is properly and in writing established by this 90th District Court.

*"LET THESE DECLARATIONS STAND AS TRUTH UNTIL PROPERLY REBUTTED BY ANOTHER SWORN AFFIDAVIT".*

**Notary Public**

STATE OF MICHIGAN            )

                                              }JURAT

CHARLEVOIX COUNTY        )

"I do declare and certify under the penalty of perjury, under the Laws of the united states of America that the foregoing is true and correct."

09 / 08 /2025

//s// DAVID JOHN SLOUGH                              Man/Beneficiary

David-John Ishmal

P.O.  MD# 43 of 50

3of 3

"I did witness this Man autograph this document, he did prove his identity to my satisfaction as a public notary; I do witness his autograph on this day of _8ᵗʰ_ , during this month _September_, in the year of our Lord 2025."

_Kim Garver_          -notary

_Kim Garver_

**(Printed name)**

**My commission expires:** _May 7, 2027_

**[I affix my seal]**

```
            KIM GARVER
NOTARY PUBLIC - STATE OF MICHIGAN
         COUNTY OF EMMET
My Commission Expires 5-7-2027
Acting in the County of  Charlevoix
```

## §§§   CERTIFICATE OF SERVIVICE  §§§

90 THIRD [DISTRICT / CIRCUIT] COURT IN THE COUNTY OF CHARLEVOIX

301 STATE STREET CHARLEVOIX, MI 49720 231-547-7227

CASE NO. 25-49-FY-1  Special appearance/motion to dismiss

I did deliver by: [First-Class mail]  [Hand Delivered] [electronic Filing]  a copy of these documents onto:

_____

(name of person)

On this Date of : 09 / 08 / 2025 ;

' I do declare under the penalties of perjury, under the Laws of the united states of America that the foregoing is true and correct. "

Man/Beneficiary to DAVID JOHN SLOUGH ©

David-John Ishmal Slough EL, Native Michiganian

RECEIVED

90th DISTRICT COURT
CHARLEVOIX COUNTY

pg. MD#45 of 50

# §§§   CERTIFICATE OF SERVIVICE   §§§

## 90 ⟨TH⟩/RD [⟨DISTRICT⟩ / CIRCUIT] COURT IN
## THE COUNTY OF CHARLEVOIX

### 301 STATE STREET CHARLEVOIX, MI 49720 231-547-7227

CASE NO. 25-491- FY-1 _Sworn Statement/Cert. declaration_

I did deliver by: [First-Class mail]   [⟨Hand Delivered⟩]

[electronic Filing]  a copy of these documents onto:

_____

(name of person)

On this Date of : 09 / 08 / 2025    ;

' I do declare under the penalties of perjury, under the Laws of the united states of America that the foregoing is true and correct. "

_signature_

Man/Beneficiary to DAVID JOHN SLOUGH  ©

David-John Ishmal Slough EL, Native Michiganian

RECEIVED

90th DISTRICT COURT
CHARLEVOIX COUNTY

Pg. MD# 46 of 50

# STATE OF MICHIGAN

# IN THE 90TH DISTRICT COURT FOR THE COUNTY OF CHARLEVOIX

## 301 STATE STREET CHARLEVOIX , MI 49720 231-547-7220

PEOPLE OF THE                          Hon. Judge Angela Lasher
STATE OF MICHIGAN,                     Case No. 25-491-FY-1
Plaintiff in Error,

v.

DAVID JOHN SLOUGH,

Defendant in Error.

_____ /

## DEFENDANT IN ERRORS' SPECIAL APPEARANCE AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER AND PERSONAL JURISDICTION

NOW COMES Defendant in Error, David-John Ishmal, the Man/Beneficiary to the Person DAVID JOHN SLOUGH, He is appearing specially and NOT generally; I reiterate appearing by special appearance NOT by a general appearance, for the third and final time He does appear in special capacity **NOT GENERALLY;** by and through himself *sui juris and in propia persona,* and only for the limited purpose of challenging this Courts jurisdiction, he states as follows:

RECEIVED

90th DISTRICT COURT
CHARLEVOIX COUNTY

pg. MD#47 of 50

## I.    INTRODUCTION

1. Defendant in Error was compelled under extreme duress to make a first appearance in this matter unlawfully against his will.

2. Defendant in Error does not consent to the jurisdiction of this Court except for the express, written purpose of challenging whether jurisdiction  properly and legally exists

3. This motion is filed as a special appearance. Defendant in Error expressly reserves and does not waive any challenge to subject matter jurisdiction, personal (*personam*) jurisdiction nor venue.

## II.    FACTS

4. Defendant in  Error was arraigned on August 28th, 2025. The charging instrument alleges 1. *POLICE OFF. RESIST/OBSTRUCT 2. POLICE OFF. RESIST/OBSTRUCT 3. POLICE OFF. RESIST/OBSTRUCT 4. OPR-LIC SUSP/DENIED 5. MOTOR VEHICLE OPR W/O SECURITY 6. OPR-UNREGISTERED VEHICLE;*

5. Upon information and belief, the charging document facially defective and/or fails to establish this Court's subject matter jurisdiction.

6. Additionally, Defendant in Error contests that proper service, territorial nexus, or other requirements for personal jurisdiction over him have not been legally nor lawfully satisfied.

## III.    ARGUMENT

i.    SUBJECT MATTER JURISDICTION IS
      DEFECTIVE.

7. Under Michigan law, a district court only has authority to conduct a preliminary examination when a valid complaint has been sworn before a magistrate. MCL 766.1; MCL 766.4.

8. A complaint or information that fails to allege every essential element of the charged offense is jurisdictionally defective. See * *people v. Jones, 394 Mich 434 (1975).*

9. Here, the complaint fails to set forth sufficient facts establishing each element of the charged offense. Absent a valid complaint, this Court lacks subject matter jurisdiction.

ii.    PERSONAL JURISDICTION IS NOT
       ESTABLISHED.

10.    Michigan courts acquire personal jurisdiction over a defendant by lawful service of process or voluntary appearance. See * In re Waite, 188 Mich App 189 (1991).

11.    Defendant in Error was compelled under duress and has never voluntarily submitted to the jurisdiction of this Court.

12.    No valid summons or warrant was executed in compliance with MCR 6.102, nor was this Defendant in Error lawfully served.

iii.    SPECIAL    APPEARANCE    PRESERVES    THIS
        CHALLENGE.

13.    A Defendant may appear specially to contest jurisdiction without waiving that challenge. See *Perry v.

*Perry* , *507 Mich 1043 (1993).* (special appearance preserved personal jurisdiction defense).

14.    Defendant in Error actions in challenging jurisdiction cannot be construed as a general appearance waiver.

## IV.   RELIEF REQUESTED

WHEREFORE, Defendant in Error respectfully prays that this Honorable Court:

a. Dismiss the complaint and charges with prejudice, for lack of subject matter jurisdiction;

b.  In the alternative, dismiss the complaint with prejudice for the lack of personal jurisdiction;

c. Grant an evidentiary hearing on the jurisdictional defects prior to any further proceedings;

d. Grant any such further relief as is just and equitable.


Respectfully admitted,

09 / 08 /2025

David John Ishmal, Man/Beneficiary to :

DAVID JOHN SLOUGH

*Sui juris/In propia persona*

*P.O. Box 161 Charlevoix, MI 49720*

*231-237-4437*

Pg. MD# 50 of 50

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF THE STATE OF MICHIGAN

## Glossary:

**CIVIL COMPLAINT/COUNTER CLAIM DOCUMENTS.............. PAGES 1-3;**

**MEMORANDUM OF LAW SUPPORTING REMOVAL.................PAGES 4-8;**

**PLEADINGS, EXHIBITS, MOTIONS,**

**ETC. PERTAINING TO 25-491-FY-1 ………………………..…...PAGES 9-50.**

**Michele Carlson**

| | |
|---|---|
| **From:** | ecfhelp@miwd.uscourts.gov |
| **Sent:** | Wednesday, September 17, 2025 8:22 AM |
| **To:** | USDC MI-W ECF Drop Box |
| **Subject:** | File Location Change in 1:25-cv-01098 Hickman v. Commissioner of Social Security |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

## United States District Court

## Western District of Michigan

## Notice of Electronic Filing

The following transaction was entered on 9/17/2025 at 8:21 AM and filed on 9/17/2025

**Case Name:** Hickman v. Commissioner of Social Security
**Case Number:** 1:25-cv-01098
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*CASE FILE referred to case administrator for further processing ; Social Security case assigned to Judge Ray Kent ; county of jurisdiction is Kent (jjm)**

**No public notice (electronic or otherwise) sent because the entry is private**